IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEWITT PEYTON                                                                                      PLAINTIFF

VS.                                                        CIVIL ACITON NO.  2:20-cv-13-KS-RPM

COMMISSIONER OF SOCIAL SECURITY

### ORDER

THIS CAUSE IS BEFORE THE COURT to be heard on Report and Recommendation [19] of United States Magistrate Judge Robert P. Meyers, Jr. entered herein on August 10, 2021, after referral of hearing by this Court, no objections having been filed to the Report and Recommendation, and the Court having fully reviewed the same as well as the record in this matter, and being fully advised in the premises finds that the Report and Recommendation should be adopted as the opinion of this Court.

IT IS THEREFORE ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and that the Commissioner's decision be remanded to the Commission for further consideration.

SO ORDERED this the ___26th___ day of August, 2021.


                                                     ____s/Keith Starrett_____
                                                    UNITED STATES DISTRICT JUDGE